☐ **AMENDED**

**UNITED STATES BANKRUPTCY COURT**
*WESTERN DISTRICT OF TENNESSEE*

In re:    *Jowinona F. Taliaferro*    Case No.

Debtors:    Chapter 13

**CHAPTER 13 PLAN**

**ADDRESS:**    (1) *46 Binford Road*    (2)
*Brownsville, TN 38012*

**PLAN PAYMENT:**
Debtor(1) shall pay $ *185.00 Bi-Weekly*
☑ PAYROLL DEDUCTION From: *Jackson Hewitt Tax Service, PO Box 53, Smiths Grove, KY 42171*

**1. THIS PLAN [Rule 3015.1 Notice]:**
(A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]    ☐ YES    ☑ NO
(B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION    ☐ YES    ☑ NO
OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]
(C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].    ☐ YES    ☑ NO

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ☐ Included in Plan; OR ☑ Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

**4. DOMESTIC SUPPORT:**    Monthly Plan Payment:
*None*
Paid by: ☐ Debtor(s) directly ☐ Wage Assignment, OR ☐ Trustee to:
ongoing payment begins _____    $ _____
Approximate arrearage: _____

**5. PRIORITY CLAIMS:**
*TN Dept Of Labor & Workforce Dev.*    Amount *10,100.00*    $ *175.00*

**6. HOME MORTGAGE CLAIMS:** ☐ Paid directly by Debtor(s); OR ☐ Paid by Trustee to:
*None*    ongoing payment begins _____    $ _____
Approximate arrearage: _____    Interest _____    $ _____

**7. SECURED CLAIMS:**
[Retain lien 11 U.S.C. §1325 (a)(5)]    Value of Collateral:    Rate of Interest    Monthly Plan Payment

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**
[Retain lien 11 U.S.C. §1325 (a)]    Value of Collateral:    Rate of Interest    Monthly Plan Payment:
*Jefferson Capital Systems*    *6,800.00*    *7.00*    $ *135.00*
*Adequate Protection Payment: $34.00*

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**
*-NONE-*    Collateral: _____

**10. SPECIAL CLASS UNSECURED CLAIMS:**
Amount:    Rate of Interest    Monthly Plan Payment:

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

| | | |
|---|---|---|
| *Concorde Career College.* | *$1,590.00* | *Deferred. Debt WIll Survive Discharge.* |
| *Great Lakes Higher Education* | *$4,573.00* | *Deferred. Debt Will Survive Discharge.* |
| *University of Phoenix* | *$290.00* | *Deferred. Debt Will Survive Discharge.* |
| *US Department of Education* | *$33,385.75* | *Deferred. Debt Will Survive Discharge.* |

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

*-NONE-*

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS:** *$51,190.00*

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**
- ☐ _____ %, OR,
- ☑ **THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.**

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**
*None*                                                             ☐ Assumes **OR** ☐ Rejects.

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately *60* months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):   NONE**

   ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

| | |
|---|---|
| */s/ C. Jerome Teel, Jr.* | Date *February 25, 2020* . |
| C. Jerome Teel, Jr. 016310 | |
| **Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)** | /al |